**DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
**Vincent M. Giblin, Esq. - #021011995**
61 South Paramus Road, Suite 250
Paramus, New Jersey 07652
Tel.: (201) 928-1100
*Attorneys for Petitioners*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 825 BENEFIT FUNDS,<br><br>Petitioners,<br><br>vs.<br><br>CONQUEST INDUSTRIES LLC,<br><br>Respondent. | Civil Action No.:<br><br>_____ (_____)(_____)<br><br><br>**L.Civ.R. RULE 7.1.1 DISCLOSURE STATEMENT OF PETITIONERS** |

Pursuant to L.Civ.R. 7.1.1, Petitioners, the Trustees of the International Union of Operating Engineers Local 825 Benefit Funds, by and through their undersigned counsel, state that no person or entity (that is not a party to this litigation) is providing funding for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for: (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

                                                            Respectfully submitted,

                                                            **DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP**
                                                            *Attorneys for Petitioners*

                                                            By:__/s/ *Vincent M. Giblin, Esq*._____
                                                                     Vincent M. Giblin, Esq.

Dated: July 21, 2021